# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BERNANRD ALBERT STEPPE, )    Case No. EDCV07-1654-RSWL (RNB)

             Petitioner, )

    vs. )         **J U D G M E N T**

SHERIFF OF SAN BERNARDINO ) COUNTY, )

           Respondent. )

In accordance with the Order Summarily Dismissing Action,

IT IS ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts without prejudice to refiling after petitioner's state criminal proceedings, including appeal, are completed, and petitioner has exhausted his state remedies..

DATED: Jan 25, 2008

RONALD S.W. LEW

RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE